FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUL 22  PM 2: 49

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>CECILIA ANN MOUNTEER,<br><br>Debtor. | Bankruptcy No. 10-35126 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.    The following creditors were to have received a 1.58% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 17 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | $3.74 |

3.    A check in the amount of $3.74 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.



DATED this _21_ day of July, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _22nd_ day of July, 2011, I served the foregoing Deposit of

Funds for Small Claims upon the following party in interest by depositing a copy thereof in

the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

4810-5088-8202, v. 1